AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Alexis Contreras, individually and on behalf of similarly situated individuals;<br>*Plaintiff(s)*<br>v.<br>LexisNexis Risk Solutions, Inc.;<br>*Defendant(s)* | ) | Civil Action No. 21cv20577 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LexisNexis Risk Solutions, Inc.,
c/o C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Advocacy Group
c/o Jessica L. Kerr, Esq.
100 S. Biscayne Blvd, Suite 3122
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 11, 2021

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Mary Etienne*

Deputy Clerk
U.S. District Courts